B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mason, Ronald** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cooper, Cherene** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3486** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8233** |
| Street Address of Debtor (No. and Street, City, and State):<br>**Hotel Conches Chinas  KM 2.5**<br>**Carretera a Barra de Vavidad Puerto**<br>**Vallata, Jalisco, Mexico   C.P.  48390**<br>**Mexico, MI**<br>ZIP Code **48390** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**Hotel Conches Chinas  KM 2.5**<br>**Carretera a Barra de Vavidad Puerto**<br>**Vallata, Jalisco, Mexico   C.P.  48390**<br>**Mexico, MI**<br>ZIP Code **48390** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>**8269 Brilliant Pompon Pl**<br>**Las Vegas, NV**<br>ZIP Code **89166** | Mailing Address of Joint Debtor (if different from street address):<br>**8269 Brilliant Pompon Pl**<br>**Las Vegas, NV**<br>ZIP Code **89166** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Mason, Ronald** <br> **Cooper, Cherene** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Charles T. Wright NV**     **September 24, 2009** <br>   Signature of Attorney for Debtor(s)    (Date) <br> **Charles T. Wright NV No.10285** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Mason, Ronald**<br>**Cooper, Cherene** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Ronald Mason**
Signature of Debtor  **Ronald Mason**

**X  /s/ Cherene Cooper**
Signature of Joint Debtor  **Cherene Cooper**

_____
Telephone Number (If not represented by attorney)

**September 24, 2009**
Date

**Signature of Attorney***

**X  /s/ Charles T. Wright NV**
Signature of Attorney for Debtor(s)

**Charles T. Wright NV No.10285**
Printed Name of Attorney for Debtor(s)

**Piet & Wright**
Firm Name

**3130 S. Rainbow Blvd. Ste. 304**
**Las Vegas, NV 89146**
_____
Address

**todd@pietwright.com, tiffany@pietwright.com**
**702-566-1212  Fax: 702-566-4833**
Telephone Number

**September 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Ronald Mason**
**Cherene Cooper**
                                                                        Debtor(s)

Case No. _____
Chapter  **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

■ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* **emergency filing**

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ronald Mason**
                       **Ronald Mason**

Date:   **September 24, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Ronald Mason**
       **Cherene Cooper**_____  Case No. _____
                         Debtor(s)                   Chapter    **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

■ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* **emergency filing**

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Cherene Cooper**
                      **Cherene Cooper**

Date:   **September 24, 2009**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Ronald Mason**
       **Cherene Cooper**
                          Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | Mortgage | | 198,571.00 |
| **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | Mortgage | | 34,508.00 |
| **BACHOME LNSLP/CTRYWS**<br>450AMERICAN ST<br>SIMI VALLEY, CA 93065 | **BACHOME LNSLP/CTRYWS**<br>450AMERICAN ST<br>SIMI VALLEY, CA 93065 | Home Mortgage 1st RENTAL PROPERTY- BRILLIANT PON POM | | 198,571.00 |
| **BANK OF AMERICA-OK**<br>PO BOX 30750<br>LOS ANGELES, CA 90030-0750 | **BANK OF AMERICA-OK**<br>PO BOX 30750<br>LOS ANGELES, CA 90030-0750 | Other Loan ELITE TAX LINE OF CREDIT- | | 59,711.81 |
| **Concord**<br>6560 N Scottsdale Rd #G100<br>Scottsdale, AZ 85253 | **Concord**<br>6560 N Scottsdale Rd #G100<br>Scottsdale, AZ 85253 | | | 95,704.00 |
| **CONCORD SERVICING**<br>4725 N. SCOTTSDALE SUITE 300<br>SCOTTSDALE, AZ 85251 | **CONCORD SERVICING**<br>4725 N. SCOTTSDALE SUITE 300<br>SCOTTSDALE, AZ 85251 | Home Mortgage 1st PUEBLO BONITO EMERALD BAY- TIME SHARE | | 95,704.00 |
| **Emc Mortgage**<br>Po Box 293150<br>Lewisville, TX 75029 | **Emc Mortgage**<br>Po Box 293150<br>Lewisville, TX 75029 | Mortgage | | 260,383.00 |
| **EMC MTGE-OK**<br>800 STATE HIGHWAY 121 BY<br>LEWISVILLE, TX 75067 | **EMC MTGE-OK**<br>800 STATE HIGHWAY 121 BY<br>LEWISVILLE, TX 75067 | Home Mortgage 2nd RENTAL PROPERTY- PAISLEY | | 260,383.00 |
| **Gmac Mortgage**<br>Po Box 4622<br>Waterloo, IA 50704 | **Gmac Mortgage**<br>Po Box 4622<br>Waterloo, IA 50704 | Mortgage | | 324,303.00 |
| **GMAC mortgage**<br>PO Box 4622<br>waterloo, IA 50704 | **GMAC mortgage**<br>PO Box 4622<br>waterloo, IA 50704 | Home Mortgage 1st rental realestate- CLOVERBROOK | | 322,230.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ronald Mason**
      **Cherene Cooper**                                              Case No.          
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | PersonalLoan | | 44,049.00 |
| US BANK-OK<br>PO BOX 5227<br>CINCINNATI, OH 45201 | US BANK-OK<br>PO BOX 5227<br>CINCINNATI, OH 45201 | Other Loan THIS IS A BUSINESS LINE OF CREDIT- PERSONALLY GUARANTEED BY RON-THESE FUNDS WERE USED BY OUR COMPANY TAXES&MORE | | 42,787.81 |
| WASHINGTON MUTUAL<br>PO BOX 1093<br>NORTHRIDGE, CA 91328 | WASHINGTON MUTUAL<br>PO BOX 1093<br>NORTHRIDGE, CA 91328 | Home Mortgage 1st RESIDENCE | | 1,331,514.00 |
| WASHINGTON MUTUAL<br>3990 S BABCOCK ST<br>MELBOURNE, FL 32901 | WASHINGTON MUTUAL<br>3990 S BABCOCK ST<br>MELBOURNE, FL 32901 | Home Mortgage 2nd RESIDENCE | | 148,514.00 |
| Washington Mutual Bank<br>3990 S Babcock St<br>Melbourne, FL 32901 | Washington Mutual Bank<br>3990 S Babcock St<br>Melbourne, FL 32901 | Mortgage | | 148,514.00 |
| Washington Mutual Fa<br>Po Box 1093<br>Northridge, CA 91328 | Washington Mutual Fa<br>Po Box 1093<br>Northridge, CA 91328 | Mortgage | | 1,331,514.00 |
| WELLS FARGO BANK<br>PO BOX 31557<br>BILLINGS, MT 59107 | WELLS FARGO BANK<br>PO BOX 31557<br>BILLINGS, MT 59107 | Other Loan CREDIT LINE | | 72,900.00 |
| WELLS FARGO BANK<br>PO BOX 31557<br>BILLINGS, MT 59107 | WELLS FARGO BANK<br>PO BOX 31557<br>BILLINGS, MT 59107 | Home Mortgage 1st RENTAL PROPERTY- FLAMINGO CONDO | | 112,999.00 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Mortgage | | 112,999.00 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Mortgage | | 72,900.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Ronald Mason**
       **Cherene Cooper**                                   Case No.                  
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Ronald Mason** and **Cherene Cooper**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    **September 24, 2009**             Signature    **/s/ Ronald Mason**
                                                                              **Ronald Mason**
                                                                              Debtor

Date    **September 24, 2009**             Signature    **/s/ Cherene Cooper**
                                                                               **Cherene Cooper**
                                                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Ronald Mason
Cherene Cooper
8269 Brilliant Pompon Pl
Las Vegas, NV 89166

Charles T. Wright NV
Piet & Wright
3130 S. Rainbow Blvd. Ste. 304
Las Vegas, NV 89146

1st Data
Acct No xxxxxxxx8000
4000 Coral Ridge Drive
Coral Springs, FL 33065

AMERICAN EXPRESS BANK,FSB
Acct No XXX-xx3006
PO BOX 297879
FT LAUDERDALE, FL 33329

AMERICAN EXPRESS BANK,FSB
Acct No XXXxx2005
PO BOX  297879
FT LAUDERDALE, FL 33329

BAC HOME LNS LP/CTRYWD
Acct No x5262XXXX
450 AMERICAN ST
SIMI VALLEY, CA 93065

Bac Home Loans Servici
Acct No xxxxx6555
450 American St
Simi Valley, CA 93065

BACHOME LNSLP/CTRYWS
Acct No x5262XXXX
450AMERICAN ST
SIMI VALLEY, CA 93065

Bally Total Fitness
Acct No xxxxxx2002
12440 E Imperial Hwy #30
Norwalk, CA 90650

BANK OF AMERICA
Acct No 1XXX
PO BOX 1598
NORFOLK, VA 23501

Bank Of America
Acct No 9411
Po Box 17054
Wilmington, DE 19850
```

```
Bank Of America
Acct No xxxxxxxxxxx8953
Po Box 15311
Wilmington, DE 19884

BANK OF AMERICA WORLD POINTS-OK
Acct No xxxx-xxxx-xxxx-3319
PO BOX 15710
WILMINGTON, DE 19886-5710

BANK OF AMERICA-OK
Acct No xxxx-xxxx-xx5499
PO BOX 30750
LOS ANGELES, CA 90030-0750

BANK OF AMERICA-OK
Acct No xxxx-xxxx-xxxx-1415
POBOX 15710
WILMINGTON, DE 19886-5710

BANK OF AMERICA-OK
Acct No xxxx-xxxx-xxxx-4171
PO BOX 15710
WILMINGTON, DE 19886-5710

BANKOF AMERICA-OK
Acct No xxxx-xxxx-xxxx-9411
POB 17054
WILMINGTON, DE 19884

Barclays Bank Delaware
Acct No xxxxxxxx0068
125 S West St
Wilmington, DE 19801

BARCLAYS BANK DELEWARE
Acct No xx5210XXXX
125 S WEST ST
WILMINGTON, DE 19801

Bk Of Amer
Acct No 8391
P.O. Box 17054
Wilmington, DE 19884

Byl Services
Acct No xxx3130
301 Lacey St
West Chester, PA 19382

CAPITAL ONE-OK
Acct No xxxx-xxxx-xxxx-4920
PO BOX 30285
SALT LAKE CITY, UT 84130-0285
```

```
CARE CREDIT-OK
Acct No xxxx-xxxx-xxxx-0158
PO BOX 960061
ORLANDO, FL 32896-0061

Chase
Acct No xxxxxxxx3042
Po Box 15298
Wilmington, DE 19850

Chase Na
Acct No xxxxxxxx1153
800 Brooksedge Blvd
Westerville, OH 43081

Chase-Cha
Acct No xxxxxxxxx6428
Po Box 7090
Mesa, AZ 85216

Concord
Acct No xxxxxxx0283
6560 N Scottsdale Rd #G100
Scottsdale, AZ 85253

CONCORD SERVICING
Acct No xxx2000XXXX
4725 N. SCOTTSDALE
SUITE 300
SCOTTSDALE, AZ 85251

CONCORD SERVICING
Acct No xxx0001XXXX
6560 N SCOTTSDALE RD #G100
SCOTTSDALE, AZ 85253

Discover Fin Svcs Llc
Acct No xxxxxxxx2704
Po Box 15316
Wilmington, DE 19850

DSNB MACYS
Acct No xxxxx9140XXXX
9111 DUKEBLVD
MASON, OH 45040

Emc Mortgage
Acct No xxxxxxxxx6099
Po Box 293150
Lewisville, TX 75029

EMC MTGE-OK
Acct No xxxxxx6099
800 STATE HIGHWAY 121 BY
LEWISVILLE, TX 75067
```

```
FIRST DATA
Acct No xxxx5199XXX
265 BROAD HOLLOW RD
MELVILLE, NY 11747

GE MONEY BANK-OK
Acct No xxxx-xxxx-xxxx-0158
PO BOX 960061
ORLANDO, FL 32896-0061

Gemb/Banana Rep
Acct No xxxxxxxx0036
Po Box 981400
El Paso, TX 79998

GEMB/CARE CREDIT
Acct No xxxx1818XXXX
PO BOX 981439
EL PASO, TX 79998

GMAC mortgage
Acct No 3071xxxx
PO Box 4622
waterloo, IA 50704

HOME DEPOT-OK
Acct No xxxx-xxxx-xxxx-8471
PO BOX 8029
THE LAKES, NV 88901-6028

HOME DEPOT-OK
Acct No xxxx-xxxx-xxxx-8471
PO BOX 6029
THELAKES, NV 88901-6029

HSBC BANK
Acct No xxxxxxxx4214XXX
PO BOX 5253
CAROL STREAM, IL 60197

Lexus Fsb
Acct No xxxxxxxxxxxx0409
Po Box 108
Saint Louis, MO 63166

Mcydsnb
Acct No xxxxxxxx7120
9111 Duke Blvd
Mason, OH 45040

OFFICE DEPOT-OK
Acct No xxxx-xxxx-xxxx-4905
PO BOX 689020
DES MOINES, IA 50368-9020
```

```
OFFICE DEPOT-OK
Acct No xxxx-xxxx-xxxx-3038
PO BOX 689020
DESMOINES, IA 50368-9020

PLATINUM PLUS FOR BUSINESS
Acct No xxxx-xxxx-xxxx-4171
PO BOX 15710
WILMINGTON, DE 19886-5710

SEARS/CBSD
Acct No xxxxxxxx0189XXXX
PO BOX 6189
SIOUXFALLS, SD 57117

SEARS/CBSD
Acct No xxxxxxxx0189XXX
PO BOX 6189
SIOUX FALLS, SD 57117

Stuart Allan & Assoc
Acct No xxxxxxxxxxxx0212
5447 E 5th St # 110
Tucson, AZ 85711

Toyota Motor Credit Co
Acct No xxxx2AK521
10040 N 25th Ave Ste 200
Phoenix, AZ 85021

TOYOTA MOTOR CREDITCO
10040 N 25TH AVE STE 200
PHOENIX, AZ 85021

United National Bank
Acct No xxxxxx4313
675 Franklin Blvd
Somerset, NJ 08873

Us Bank
Acct No xxxxxx1399
Po Box 5227
Cincinnati, OH 45201

US BANK-OK
Acct No xxxx-xxxx-xx1-399
PO BOX 5227
CINCINNATI, OH 45201

US BANK-OK
Acct No xxxx-xxxx-xxxx-1075
PO BOX 790408
ST LOUIS, MO 63179-0408
```

```
USBANK-LEXUS FSB
Acct No xxxxxxxx6512XXXX
PO BOX 108
ST LOUIS, MO 63166

WASHINGTON MUTUAL
Acct No xxxxx1316XXXX
PO BOX 1093
NORTHRIDGE, CA 91328

WASHINGTON MUTUAL
Acct No xxxxxxxxxxxxxx3731XXXX
3990 S BABCOCK ST
MELBOURNE, FL 32901

Washington Mutual Bank
Acct No xxxxxxxxxxxxxxxxx4476
3990 S Babcock St
Melbourne, FL 32901

Washington Mutual Fa
Acct No xxxxxxxxx8111
Po Box 1093
Northridge, CA 91328

WELLS FARGO BANK
Acct No xxxxxxxxx8989XXX
PO BOX 31557
BILLINGS, MT 59107

WELLS FARGO BANK
Acct No xxxxxxxx0067XXXX
3300 W SAHARA AVE
LAS VEGAS, NV 89102

Wells Fargo Bank
Acct No xxxxxxxx5846
Po Box 5445
Portland, OR 97228

WELLS FARGO BANK
711 W BROADWAY RD
TEMPE, AZ 85282

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx1998
Po Box 31557
Billings, MT 59107

WELLS FARGO BANK-OK
Acct No xxxxxxxxxxx0352
PO BOX 5445
PORTLAND, OR 97228
```

```
WELLS FARGO BANK-OK
Acct No xxxx-xxxx-xxxx-5656
PO BOX 54349
LOS ANGELES, CA 90054-0349

WELLS FARGO BANK-OK
Acct No xxxx-xxxx-xxxx-2380
PO BOX54349
LOS ANGELES, CA 90054-0349

WELLS FARGO BANK-OK
Acct No xxxx-xxxx-xxxx-6805
PO BOX 54349
LOSANGELES, CA 90054-0349

Wells Fargo Business D
Acct No xxxxxxxxxxxx6805
Po Box 29482
Phoenix, AZ 85038

Wfnnb/Victorias Secret
Acct No xxxxxxxxxxxxx7219
Po Box 182128
Columbus, OH 43218
```